IN THE UNITED STATES DISCTRICT COURTCOURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ℘ D.C.
05 APR 18 PM 1:26
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN. JACKSON

| | |
|---|---|
| JOHNNY R. RUTHERFORD and wife,<br>RITA RUTHERFORD,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.; DWIGHT D. FORD,<br>DPH; SARAH C. CAPOCACCIA; STEPHANIE<br>B. (BUCK) ISON; COURTNEY SHAY<br>(INGRAM) McMAKIN; VINAY KRISHAN<br>SOOD; MELISSA CAROL (McALLISTER)<br>BARNES; MICHAEL RICHARDS, PATRICIA<br>BLASINGAME and SCOTT EVANS,<br><br>    Defendants. | Case No: 05-1078 T/An<br>JURY DEMAND |

## ORDER OF SUBSTITUTION

It appearing to the Court that Thomas M. Donnell, Jr. of the law firm of Stewart, Estes & Donnell in Nashville, Tennessee should be substituted for Attorney James M. Doran, Jr. of the law firm of Waller Lansden Dortch & Davis, PLLC in Nashville, Tennessee as counsel for record for Defendant Dwight D. Ford, DPH;

It is therefore ORDERED that Thomas M. Donnell, Jr. of the law firm of Stewart, Estes & Donnell is substituted for Attorney James M. Doran, Jr. of the law firm of Waller Lansden Dortch & Davis, PLLC as attorney of record for Defendant Dwight D. Ford, DPH.

Signed this __18th__ day of April, 2005.

_James D. Todd_
JUDGE

269999

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __04-19-05__

(16)


APPROVED FOR ENTRY:

WALLER LANSDEN DORTCH & DAVIS, PLLC

By: _James M. Doran_, by TMD with permission

James M. Doran, Jr., #2638
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380


STEWART, ESTES & DONNELL

By: _____

Thomas M. Donnell, #3541
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538

269999

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via United States Mail, first class, postage pre-paid, to:

Steven G. Ohrvall, Esq.
T. Robert Hill, Esq.
Hill – Boren, P.C.
1269 North Highland Avenue
P. O. Box 3539
Jackson, TN  38303-3539

this _31_ day of March, 2005.

*Thomas M. Donnell, Jr.*
Thomas M. Donnell, Jr.

269999

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01078 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Steven G. Ohrvall
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT